# United States Bankruptcy Court
## Northern District of California , San Jose Division

In re    **William M. Hawkins, III,**
        **Lisa Warnes-Hawkins**

Case No.    **06-30815 TEC**

                             Debtors

Chapter                 **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 3,500,000.00 | | |
| B - Personal Property | Yes | 7 | 1,711,293.59 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 27,844,906.86 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 22,179.85 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 23,042.61 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 5,211,293.59 | | |
| Total Liabilities | | | | 27,844,906.86 | |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California , San Jose Division

In re    **William M. Hawkins, III,**               Case No.    **06-30815 TEC**
           **Lisa Warnes-Hawkins**

                                            Debtors         Chapter              **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **William M. Hawkins, III,**                       Case No.   __06-30815 TEC__

        **Lisa Warnes-Hawkins**

                                        Debtors      ,

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **464 Prospect Street, PH8**<br>**La Jolla, CA 92037**<br><br>**Ownership: 50% Lisa Warnes Hawkins Revocable Trust and 50% William M. Hawkins, III Revocable trust** | | **J** | **3,500,000.00** | **0.00** |
| **Northeast corner of Intersection of County Road 500 North and County Road 2400 East**<br>**Permanent No. 01-35-06-300-002, Ayers Township**<br>**Broadlands, IL**<br>**24.58 Acres of farmland**<br>**Life interest in only 1/4 of property and income** | | **W** | **Unknown** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **3,500,000.00** | (Total of this page) |
| Total > | **3,500,000.00** | |

  __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re  **William M. Hawkins, III,**          Case No.  **06-30815 TEC**
       **Lisa Warnes-Hawkins**

                    Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash in possession of Debtors (approximately) | C | 1,700.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking** 9/8/06 balance | C | 16,413.26 |
| | | | **Bank of America Checking** 9/8/06 | C | 20,399.91 |
| | | | **Sterling** 9/8/06 | C | 89.08 |
| | | | **Sterling** 9/8/06 | C | 301,737.03 |
| | | | **Retainer account with Bergeson.** | C | 645,193.25 |
| | | | **Retainer account with firm of Miller & Pachkowski.** | C | 29,945.00 |
| | | | **Retainer account with Hochman, Salkin, Rettig, Toscher & Perez.** | C | 77,153.33 |
| | | | **Retainer with Groom & Cave.** | C | 20,000.00 |
| | | | **Lisa's Bank of America Account** | C | 33,182.33 |
| | | | **Bank of America Money Market Checking** | C | 83,589.81 |
| | | | **Funds held in Trust by Binder & Malter, LLP.** | C | 116,655.66 |
| | | | **Retail credits** | C | 857.33 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **All furniture, art and collectibles and automobiles. Appraised at $249,970) on May 1, 2006. Forced liquidation value (less autos) would be $67,960.00 as of May 1, 2006.** | C | 67,960.00 |

                                              Sub-Total >     **1,414,875.99**
                                           (Total of this page)

  **6**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **William M. Hawkins, III,**             Case No.    **06-30815 TEC**
         **Lisa Warnes-Hawkins**

Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Values included in above-referenced appraisal under #4.** | **C** | **0.00** |
| 6. Wearing apparel. | | **Clothing** | **C** | **7,000.00** |
| 7. Furs and jewelry. | | **Jewelry** **Appraised by Value Exchange on 1/24/06 less lost earring. Values are approximate cash value purchase.** | **C** | **62,175.00** |
| | | **Fur coat (8 years old)** | **C** | **250.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sports and hobby equipment** | **C** | **500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **$250,000 John Hancock group term life insurance and AD&D policies on William M. Hawkins through Digital Chocolate. Mrs. Hawkins is the beneficiary.** | **W** | **0.00** |
| | | **Term Life insurance on William M. Hawkins ($10,000,000). Mrs. Hawkins' Trust is the beneficiary. Term policy is with John Hancock.** | **W** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | **X** | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K Account** **9/8/06** | **C** | **35,473.59** |
| | | **UBS IRA Acct.#38392** **9/8/06** | **C** | **23,835.59** |
| | | **UBS IRA Account 51348** | **C** | **151.35** |

Sub-Total >     **129,385.53**
(Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **William M. Hawkins, III,**                                    Case No.    __06-30815 TEC__
         **Lisa Warnes-Hawkins**
_____,
                                    Debtors
# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Securities:** <br> **Walnut Street Securities Account 5WL-336953 Balance on 9/8/06** <br> **Lien by FTB on account, but has not yet been swept.** <br> **Fidelity Advisor Equity Growth Fund: 319.707 shares = $15,406.88** <br> **Fidelity Advisor Mid Cap Stock Fund: 997.486 shares = $23,241.42** <br> **Fidelity Advisor Small Cap Fund: 590.238 shares = $13,138.70** <br> **Fidelity Advisor Growth & Income Fund: 363.088 shares = $6,680.82** <br> **Fidelity Advisor Overseas Fund: 527.222 shares = $11,119.11** <br> **Fidelity Advisor Telecommunications Fund: 342.736 shares = $6,008.16** <br> **Cash = ($264.02)** | C | 75,331.07 |
| | | **Active Decisions, Inc.** <br> **5,886 shares - Shares in privately-held corporation; no market.** | C | **Unknown** |
| | | **Forterra Systems** <br> **1,618 shares - Shares in privately-held corporation; no market.** | C | **Unknown** |
| | | **Redleaf Group, Inc.** <br> **410,666 shares - Shares in privately-held corporation; no market.** | C | **Unknown** |
| | | **Food.com stock.  No value since in Chapter 7** | C | **0.00** |
| | | **Restricted 3DO Co.** <br> **1,225,754 shares.  UBS Account No. 56900 No value since in Chapter 7.** | C | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Jesse Hansen Co-Investment Vehicle, LP** <br> **$316,390.00: 12/05 Capital contribution amount; partnership interest not freely marketable** | C | **Unknown** |
| | | **Technology Crossover Ventures II, LP** <br> **$401,975.00: 6/30/06 Capital contribution amount; partnership interest not freely marketable** | C | **Unknown** |
| | | **TCV III (Q), LP** <br> **$168,018.00: 6/30/06 Capital contribution amount; partnership interest not freely marketable** | C | **Unknown** |

Sub-Total >        75,331.07
(Total of this page)

Sheet    __2__    of    __6__    continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **William M. Hawkins, III,**                                  Case No.   **06-30815 TEC**

              **Lisa Warnes-Hawkins**

Debtors ,

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Yankeetek Incubator Fund, LP** **$113,253.00: 12/05 Capital contribution amount; partnership interest not freely marketable** | **C** | **Unknown** |
| | | **Kleiner Perkins Caufield & Byers IX-A** **$71,337.00: 6/30/06 Capital contribution amount; partnership interest not freely marketable** | **C** | **Unknown** |
| | | **Kleiner Perkins Caufield & Byers X-A** **$177,287.00: 6/30/06 Capital contribution amount; partnership interest not freely marketable** | **C** | **Unknown** |
| | | **KPCB Information Services Zaibatsu Fund II** **$71,098: 6/30/06 Capital contribution amount; partnership interest not freely marketable** | **C** | **Unknown** |
| | | **Expected partnership distribution from Technology Crossover Ventures II for $12,201 per September, 2006 correspondence from Technology Crossover Ventures II.** | **C** | **12,201.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **12,201.00**

(Total of this page)

Sheet  **3**  of  **6**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re  **William M. Hawkins, III,**  Case No. __**06-30815 TEC**__
      **Lisa Warnes-Hawkins**

_____,
                              Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible cause of action regarding Mrs. Hawkins' deceased father's inheritance. No action has been filed and amount/value unknown.** | **C** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Cadallic Escalade** **Value included in appraisal listed above as of May, 2006.** | **C** | **27,500.00** |
| | | **2000 Lexus LS 470** **Value listed in appraisal referenced above as of May, 2006.** | **C** | **10,000.00** |
| | | **1998 Porsche 911 Carrera** **Value listed in appraisal referenced above as of May, 2006.** | **C** | **28,000.00** |
| | | **2000 Lexus LS 400** **Value listed in appraisal referenced above as of May, 2006.** | **C** | **14,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

                                              Sub-Total >    **79,500.00**
                                         (Total of this page)

Sheet __**4**__ of __**6**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **William M. Hawkins, III,**                                    Case No.   **06-30815 TEC**
        **Lisa Warnes-Hawkins**
_____,
                              Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Trust:** **Contingent reversionary interest in Borel Bank Hawkins Family Trust (Support Trust Agreement dated 3/10/00, as subsequently amended and modified by Court Order, was set up for children's support in the context of a marital dissolution). Per Court order, Debtors have no access to funds Balance as of 3/31/06: $1,613,642.00** | C | **Unknown** |
| | | **Interest in Mr. Hawkins' employment agreement with Digital Chocolate, Inc. provides unliquidated future option to purchase common stock in Digital Chocolate upon successful completion of employment obligations and success of business. Not vested.** | C | **0.00** |
| | | **Suit against KPMG Filed 7/05 for $13,000,000.00; Class settlement pending. Possible recovery, but such recovery would be limited to a maximum of $3.8 million.** | C | **Unknown** |
| | | **NOL's and capital losses. Exceeding $80,000,000 (subject to short tax-year election). No affirmative value, but possible benefit to Debtors' estate.** | C | **0.00** |
| | | **Giants tickets for remainder of season. Each game for sale through Giants' website** | C | **Unknown** |

Sub-Total >                    **0.00**
(Total of this page)

Sheet   **5**   of   **6**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **William M. Hawkins, III,**                                    Case No.    **06-30815 TEC**
            **Lisa Warnes-Hawkins**
_____,
                                    Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **William M Hawkins, III ("Debtor") has a vested lifetime benefit in decedent mother's irrevocable trust, the William M. and Helen S. Hawkins Trust Agreement dated April25, 1981. Trustee of this trust is empowered to provide income and principal of the trust to or for the benefit of the beneficiaries as the trustee determines is necessary for such beneficiaries' health, support, maintenance and education. None of the beneficiaries has any rights of withdrawal. Upon Debtors' death, the balance of the separate share will pass in equal shares to Debtors' children.** | **H** | **Unknown** |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,711,293.59** |

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property                                    (Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **William M. Hawkins, III,**                    Case No.   **06-30815 TEC**

       **Lisa Warnes-Hawkins**

_____,
                                 Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                            $125,000.
  ☐ 11 U.S.C. §522(b)(2)
  ☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash in possession of Debtors (approximately)** | C.C.P. § 703.140(b)(5) | 1,700.00 | 1,700.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America Checking 9/8/06 balance** | C.C.P. § 703.140(b)(5) | 16,413.26 | 16,413.26 |
| **Bank of America Checking 9/8/06** | C.C.P. § 703.140(b)(5) | 1,472.66 | 20,399.91 |
| **Sterling 9/8/06** | C.C.P. § 703.140(b)(5) | 89.08 | 89.08 |
| **Household Goods and Furnishings** | | | |
| **All furniture, art and collectibles and automobiles. Appraised at $249,970) on May 1, 2006. Forced liquidation value (less autos) would be $67,960.00 as of May 1, 2006.** | C.C.P. § 703.140(b)(3) | 67,960.00 | 67,960.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Values included in above-referenced appraisal under #4.** | C.C.P. § 703.140(b)(3) | 0.00 | 0.00 |
| **Wearing Apparel** | | | |
| **Clothing** | C.C.P. § 703.140(b)(3) | 7,000.00 | 7,000.00 |
| **Furs and Jewelry** | | | |
| **Jewelry Appraised by Value Exchange on 1/24/06 less lost earring. Values are approximate cash value purchase.** | C.C.P. § 703.140(b)(4) | 1,225.00 | 62,175.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Sports and hobby equipment** | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401K Account 9/8/06** | C.C.P. §703.140(b)(10)(E) | 35,473.59 | 35,473.59 |
| **UBS IRA Acct.#38392 9/8/06** | C.C.P. §703.140(b)(10)(E) | 23,835.59 | 23,835.59 |
| **UBS IRA Account 51348** | C.C.P. §703.140(b)(10)(E) | 28.52 | 151.35 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Cadallic Escalade Value included in appraisal listed above as of May, 2006.** | C.C.P. § 703.140(b)(2) | 2,300.00 | 27,500.00 |

    __1__   contination sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re     **William M. Hawkins, III,**                                           Case No.   <u>**06-30815 TEC**</u>
             **Lisa Warnes-Hawkins**
                                                 Debtors  ,

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **William M Hawkins, III ("Debtor") has a vested lifetime benefit in decedent mother's irrevocable trust, the William M. and Helen S. Hawkins Trust Agreement dated April25, 1981. Trustee of this trust is empowered to provide income and principal of the trust to or for the benefit of the beneficiaries as the trustee determines is necessary for such beneficiaries' health, support, maintenance and education. None of the beneficiaries has any rights of withdrawal. Upon Debtors' death, the balance of the separate share will pass in equal shares to Debtors' children.** | **C.C.P. § 703.140(b)(5) ; Bankruptcy Code Section 541(c); California Probate Code sections 15300 et seq.** | **Unknown** | **Unknown** |

| | Total: | 157,997.70 | 263,197.78 |
|---|---|---|---|

Sheet  <u>**1**</u>  of  <u>**1**</u>  continuation sheets attached to the Schedule of Property Claimed as Exempt

Case: 06-30815    Doc# 33    Filed: 09/27/06    Entered: 09/27/06 16:49:07    Page 12 of 33

Form B6D
(10/05)

In re  **William M. Hawkins, III,**   Case No.   __06-30815 TEC__
      **Lisa Warnes-Hawkins**

                                                ,
                          Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br> **Diana Gagnon Hawkins** <br> **Interactive Associates** <br> **89 Shearer Drive** <br> **Atherton, CA 94027** | C | | | | **Security Interest in Support Trust for children.  Child support trust made irrevocable by Court Order.** <br><br><br> Value $       **0.00** | X | | | **Unknown** | **Unknown** |
| Account No. <br><br> **Representing:** <br> **Diana Gagnon Hawkins** | | | | | **William Lewis** <br> **510 Waverly Street** <br> **Palo Alto, CA 94301** <br><br> Value $ | | | | | |
| Account No. <br><br> **Franchise Tax Board** <br> **PO Box 942867** <br> **Sacramento, CA 94267-0011** | C | | | | **Taxes Owed for 1997-2000 as of 7/18/06. Franchise Tax Board's security interest has no value.** <br><br><br> Value $       **0.00** | | | X | **10,828,000.00** | **10,828,000.00** |
| Account No. <br><br> **GMAC** <br> **Cadallic Escalade Funding** <br> **P.O. Box 12699** <br> **Glendale, AZ 85318** | C | | | | **2004 Cadallic Escalade** <br> **Value included in appraisal listed above as of May, 2006.** <br><br> Value $       **27,500.00** | | | | **16,906.86** | **0.00** |

    __1__    continuation sheets attached

                                   Subtotal
                              (Total of this page)     **10,844,906.86**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re **William M. Hawkins, III,**
**Lisa Warnes-Hawkins**

Case No. **06-30815 TEC**

Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxes owed for 1997-2000 | | | | | |
| **Internal Revenue Service Attn: Special Procedures Mail Code HQ-5420 P.O. Box 99 San Jose, CA 95103-2397** | C | | **CLAIM IS ESTIMATED Value of security is unknown and it is believed that IRS is substantially undersecured.** | | | X | | |
| | | | Value $ 0.00 | | | | 17,000,000.00 | Unknown |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) **17,000,000.00**

Total
(Report on Summary of Schedules) **27,844,906.86**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re  **William M. Hawkins, III,**  Case No. __06-30815 TEC__
     **Lisa Warnes-Hawkins**

Debtors ,

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

■ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re **William M. Hawkins, III,**         Case No.    **06-30815 TEC**                 

          **Lisa Warnes-Hawkins**

                                                  Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Diana Hawkins**<br>**Interactive Associates**<br>**89 Shearer Drive**<br>**Atherton, CA 94027** | C | | | **Obligations paid by Hawkins Family Support Trust.**<br><br>**CLAIM CONTINGENT ON INADEQUACY OF TRUST ASSETS** | X | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | **0.00**      **0.00** |
| | Total<br>(Report on Summary of Schedules) | **0.00**      **0.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F
(10/05)

In re **William M. Hawkins, III,**
   **Lisa Warnes-Hawkins**

Case No. __06-30815 TEC__

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **NOTICE ONLY** | | | | |
| **Attorney General** **United States Dept. of Justice** **Civil Trial Section, West Region** **P.O. Box 683, Ben Franklin Station** **Washington, DC 20044** | C | | | | | | | | **0.00** |
| Account No. | | | | | **NOTICE ONLY** | | | | |
| **Chief Counsel** **Franchise Tax Board** **P.O. Box 2229** **Sacramento, CA 95812-2229** | C | | | | | | | X | **0.00** |
| Account No. | | | | | **NOTICE ONLY** | | | | |
| **Internal Revenue Service** **Special Procedures** **55 S. Market St., Ste. 801** **San Jose, CA 95113** | C | | | | | | | X | **0.00** |
| Account No. | | | | | **NOTICE ONLY** | | | | |
| **United States Attorney** **ATTN: Tax Division** **450 Golden Gate Ave., 16th Floor** **San Francisco, CA 94102** | C | | | | | | | | **0.00** |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:27694-060925   Best Case Bankruptcy

Form B6G
(10/05)

In re     **William M. Hawkins, III,**                      Case No.    **06-30815 TEC**
           **Lisa Warnes-Hawkins**

                                           Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bill Hawkins**<br>**6748 Dwane**<br>**San Diego, CA 92120** | **One year lease for rental of home in San Mateo (commenced June 1, 2006).**<br>**$7,500/month** |
| **Cummings Moving & Storage**<br>**275 Maple Street**<br>**South San Francisco, CA 94080** | **Storage, $576/month (payment to be increased in October, 2006).  Six month minimum began July, 2006.** |
| **Digital Chocolate** | **Employment Contract providing unliqudated rights to purchase common stock junior to preferred securities and contingent upon furture completion of employment services and successful profitable performance of company.** |

   **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Form B6H
(10/05)

In re    **William M. Hawkins, III,**                      Case No.   **06-30815 TEC**
        **Lisa Warnes-Hawkins**

Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

 

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

Form B6I
(10/05)

In re **William M. Hawkins, III**
**Lisa Warnes-Hawkins**
_____
Debtor(s)

Case No. **06-30815 TEC**
_____

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP:<br>**Son**<br>**Daughter**<br>**Son**<br>**Son** | AGE:<br>**10**<br>**11**<br>**2**<br>**4** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Executive** | **Housewife** |
| Name of Employer | **Digital Chocolate** | **Unemployed (Housewife)** |
| How long employed | **Since 12/1/03** | |
| Address of Employer | **1855 South Grant, 2nd Floor**<br>**San Mateo, CA 94402** | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ **24,166.67** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **24,166.67** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **2,028.75** | $ **0.00** |
| b. Insurance | $ **208.07** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify):    **Sec. 125 Plan** | $ **250.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **2,486.82** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **21,679.85** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **0.00** | $ **0.00** |
| 11. Social security or other government assistance<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify):    **Consulting Fees** | $ **500.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **500.00** | $ **0.00** |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **22,179.85** | $ **0.00** |

16. TOTAL COMBINED MONTHLY INCOME:    $ **22,179.85**    (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**There are occasional partnership distributions, but the amount is unknown and it is expected they will be claimed by IRS as subject to the IRS lien.**

Form B6J
(10/05)

In re  **William M. Hawkins, III**
       **Lisa Warnes-Hawkins**
       _____        Case No.  **06-30815 TEC**  _____
                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 7,500.00 |
| a. Are real estate taxes included?  Yes ___  No **X** | | |
| b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 400.00 |
| b. Water and sewer | $ | 265.00 |
| c. Telephone | $ | 250.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 700.00 |
| 4. Food | $ | 3,500.00 |
| 5. Clothing | $ | 350.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 800.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 1,100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 275.00 |
| b. Life | $ | 825.00 |
| c. Health | $ | 200.00 |
| d. Auto | $ | 320.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
| a. Auto | $ | 1,207.61 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 4,750.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 23,042.61 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Total monthly income from Line 16 of Schedule I | $ | 22,179.85 |
| b. Total monthly expenses from Line 18 above | $ | 23,042.61 |
| c. Monthly net income (a. minus b.) | $ | -862.76 |

In re   **William M. Hawkins, III**
**Lisa Warnes-Hawkins**

Case No.  **06-30815 TEC**

Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| **Child care** | $ | **3,800.00** |
| **Education expenses** | $ | **150.00** |
| **Storage** | $ | **800.00** |
| **Total Other Expenditures** | $ | **4,750.00** |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
## Northern District of California , San Jose Division

In re    **William M. Hawkins, III**
   **Lisa Warnes-Hawkins**

           Debtor(s)

Case No.    **06-30815 TEC**
Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**22**__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 27, 2006**       Signature    **/s/ William M. Hawkins, III**
                                                      **William M. Hawkins, III**
                                                      Debtor

Date   **September 27, 2006**       Signature    **/s/ Lisa Warnes-Hawkins**
                                                      **Lisa Warnes-Hawkins**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

# United States Bankruptcy Court

## Northern District of California , San Jose Division

In re  **William M. Hawkins, III**
**Lisa Warnes-Hawkins**

Case No.  **06-30815 TEC**

Debtor(s)

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $154,038.51 | 1/1/06-9/8/06 (Employment income): |
| | Gross employment income: $154,038.51 |
| | Employment income net of taxes and insurance: $122,914.82 |
| $186,110.00 | 2005 Employment Income (taxable) |
| $213,957.00 | 2004 Employment Income (taxable) |

Case: 06-30815    Doc# 33    Filed: 09/27/06    Entered: 09/27/06 16:49:07    Page 24 of 33

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$267,766.98** | **Interest and Investment Distributions** <br> **January 2006 to September 8, 2006** |
| **$273,618.00** | **Interest and Investment Distributions** <br> **January 1, 2005 through December 31, 2005** |
| **$1,834,344.00** | **Interest and Investment Distributions** <br> **January 1, 2004 through December 31, 2004** |
| | **(These sums are taken from the "Taxable Income Reconciliation" form for 2004** <br> **and 2005 Federal Tax returns and do not reflect any losses.)** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **American Express** | | **$18,539.33** | **$0.00** |
| **Bergeson, LLP** | | **$9,765.49** | **$0.00** |
| **Cummings Moving & Storage** | | **$19,246.00** | **$0.00** |
| **Fabiola McAdams** | | **$5,614.30** | **$0.00** |
| **Groom & Cave, LLP** | | **$9,163.80** | **$0.00** |
| **Harris myCFO, Inc.** | | **$5,925.00** | **$0.00** |
| **Hochman, Salkin, Rettig, Tsocher** | | **$10,020.83** | **$0.00** |

None □   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bill Hawkins** <br><br> **Father** | **Monthly rent for July, August and September, 2006 in the sum of $22,500. Monthly rent for June, 2006 in the sum of $7,500.** | **$30,000.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Hawkins vs. KPMG, LLP; Case No. 448273** | **Civil action for fraud, misrepresentation, professional negligence, breach of fiduciary duty, and other claims arising from KPMG's sale of certain tax shelters to Mr. Hawkins.** | **San Mateo Superior Court, Redwood City, Ca** | **Settled as against one D (Quellos, LLC); remainder of case is pending but voluntarily held in abeyance while awaiting court approval of class settlement in Simon v. KPMG, LLP (see below).** |
| **Marvin Simon, et al. vs. KPMG, LLP, et al.; Case No. 05-3180-DMC** | **Class action brought by purchasers of certain tax shelters against KPMG, LLP and Sidley Austin Brown & Wood.** | **U.S. District Court, District of New Jersey, Newark Division** | **Final court approval of settlement agreement is pending. Mr. Hawkins is a member of the Plaintiff class.** |
| **Hawkins vs. QA Investments, et al.** | | | **Settlement agreement on 12/23/05** |
| **3DO, et al. vs. Hawkins, et al.** | | | **Settlement Agreement on 5/24/05** |
| **Sharp v. Hawkins; Case No. 03-5023-CW** | **Civil action brought by Chapter 11 bankruptcy trustee of the 3DO Corporation against former officers and directors.** | **U.S. District Court, Northern District, Oakland Division.** | **Settled by agreement dated May 24, 2005 and dismissed July 27, 2005.** |
| **Gaia Offshore Master Fund, Ltd. v. Hawkins; Case No. 03-3657-CW** | **Civil action brought by investor in the 3DO Corporation against former officers and directors.** | **U.S. District Court, Northern District, Oakland Division.** | **Judgment in favor of defendants filed March 7, 2005; appeal settled by agreement dated May 24, 2005, and dismissed August 1, 2005.** |

None □   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Franchise Tax Board** <br> **PO Box 942867** <br> **Sacramento, CA 94267-0011** | **April 24, 2006** | **Seized $36,622 from Bank of America checking accounts as a result of a $16,632,008 tax lien** |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94257-0531** | **8/28/06** | **Levied on UBS Account 6/06 and swept 8/28/06: William M. Hawkins III (IRA); KP 01135**<br>**Balance: $266,306.29** |
| **Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94257-0531** | **8/28/06** | **Levied on UBS Account 6/06 and swept 8/28/06: Galveston Investments Limited Partnership; KP 39128**<br>**Balance: $350.06** |
| **Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94257-0531** | **8/28/06** | **Levied on UBS Account 6/06 and swept 8/28/06: Trip Ventures, LLC; KP 47900**<br>**Balance: $3,200.99** |
| **Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94257-0531** | **8/28/06** | **Levied on UBS Account 6/06 and swept 8/28/06: D'Artagnan, LLC; KP 47901**<br>**Balance: $28,509.11** |
| **Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94257-0531** | **8/28/06** | **Levied on UBS Account 6/06 and swept 8/28/06: William M. Hawkins III Traditional IRA; KP 51347**<br>**Balance: $202,755.04** |
| **Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94257-0531** | **8/28/06** | **Levied on UBS Account 6/06 and swept 8/28/06: William M. Hawkins III Traditional IRA; KP 51348**<br>**Balance: $159,609.58** |
| **Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94257-0531** | **8/28/06** | **Levied on UBS Account 6/06 and swept 8/28/06: William M. Hawkins III Revocable Trust Created UTD 3/10/00;**<br>**KP 56900**<br>**Balance: $5,215,100.65** |
| **Franchise Tax Board** | | **Walnut Street Securities, Inc. - Levy Order by FTB given to Walnut Securities on July 18, 2006, assets not seized.** |

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Binder & Malter, LLP**<br>**2775 Park Ave.**<br>**Santa Clara, CA 95050** | **Over the past year.** | **The sum of $157,999.98 was paid to Binder & Malter, LLP as follows:**<br>**-The sum of $51,331.75 was paid for bankruptcy analysis. The balance of the payments, in the sum of $106,668.23 was for costs and tax negotiations, KPMG class action suit and property sales.** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Mr. Robert & Mrs. Sandra Swan**<br>**8 Brittany Meadows**<br>**Atherton, CA 94027**<br>  **None** | **July 14, 2006** | **Prior residence of debtor (8 Brittany Meadows, Atherton, CA) sold for $6,850,000 to Mr. & Mrs. Swan. $6,498,241.97 went to IRS account and remainder went to commission and other costs.** |
| **Unknown** | | **Sale of Giants tickets by game.** |
| **Trading in Securities and Investments** | | **Various** |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　Best Case Bankruptcy

None ☐   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |
| **Hawkins Family Support Trust** | **8/13/04 and 8/25/04** | **Trust established 3/10/00 by William M. Hawkins III as part of marital separation and support. Beneficiaries are Diana Gagnon Hawkins, Savina Helen Hawkins, and William M. Hawkins IV. Borel Private Bank and Trust Company, San Mateo, CA is trustee.** |
| | | **8/13/04  $750,000 additional capital paid to the Hawkins Family Support Trust by William M. Hawkins III (court order)** |
| | | **8/25/04  $5,728.80 interest paid to the Hawkins Family Support Trust by William M. Hawkins III (court order).** |
| **Trip Hawkins 2002 Irrevocable Trust** | **5/7/02, 6/19/02 and 6/24/02** | **May 7, 2002 - transferred in $10.00** |
| | | **June 19, 2002 - $10,000 given to Lisa Hawkins for payment of life insurance premium** |
| | | **June 24, 2002 - $10,000,000 group term life insurance policy purchased on the life of William M. Hawkins III** |
| **William M. Hawkins III Revocable Trust** **Lisa Warnes Hawkins Revocable Trust** | | **All assets in these trusts are reflected in these schedules.** |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Internal Revenue Service**<br>**Attn: Special Procedures**<br>**Mail Code HQ-5420**<br>**P.O. Box 99**<br>**San Jose, CA 95103-2397** | **December 31, 2005** | **19692.00** |

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **8 Brittany Meadows**<br>**Atherton, CA 94027** | | **November 1996 - June, 2006** |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Digital Chocolate** | **51-0488600** | **1855 S. Grant St., 2nd Floor San Mateo, CA 94402** | **Company develops and publishes games for mobile phones. Mr. Hawkins has no stock in this company, just unvested options.** | **CEO from 12/1/03 to present** |
| **3DO Company** | **94-3177293** | **c/o Bradley Sharp (Chapter 7 Trustee) 333 South Grand Avenue, Suite 2010 Los Angeles, CA 90071** | **Company developed and published video games** | **Founder, CEO, and 5% stockholder from October 1991 to August 2003** |
| **The Hawkins Foundation** | | | **California Nonprofit Public Benefit Corporation William Hawkins is the CEO and CFO and Lisa Hawkins is the Secretary.** | **12/15/99 - present** |
| **TripVentures, LLC** | | **204 E. Second Avenue #513 San Mateo, CA 94401** | **Investment Limited Partnership** | **April 19, 2002 to Present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **September 27, 2006**                    Signature   **/s/ William M. Hawkins, III**
                                                              **William M. Hawkins, III**
                                                              Debtor


Date   **September 27, 2006**                    Signature   **/s/ Lisa Warnes-Hawkins**
                                                              **Lisa Warnes-Hawkins**
                                                              Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California , San Jose Division

In re  **William M. Hawkins, III**
**Lisa Warnes-Hawkins**

Case No.  **06-30815 TEC**

Debtor(s)

Chapter  **11**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case ................................................................. $ **143,809.66**
    b)  Prior to the filing of this statement, debtor(s) have paid .................... $ **143,809.66**
    c)  The unpaid balance due and payable is .......................................... $ **0.00**

3.  $ **1,039.00** of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a.  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: _____

Respectfully submitted,

_____

Attorney for Debtor: **Heinz Binder #87908**
**Binder & Malter, LLP**
**2775 Park Avenue**
**Santa Clara, CA 95050**
**(408) 295-1700  Fax: (408) 295-1531**
**nan@bindermalter.com**