Heinz Binder (#87908)
Wendy W. Smith (#133887)
BINDER & MALTER, LLP
2775 Park Ave.
Santa Clara, CA 95050
Telephone: 408-295-1700
Facsimile: 408-295-1531

Attorneys for Debtor-In-Possession

Signed and Filed: October 03, 2007

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In re<br><br>WILLIAM M. HAWKINS, III aka TRIP HAWKINS, AND LISA WARNES HAWKINS, aka LISA A. HAWKINS,<br><br>   Debtor. | CASE NO.: 06-30815 TEC<br><br>Chapter 11 |

## ORDER FOR DISCHARGE PURSUANT TO 11 U.S.C. §1141(d)(1)

The Court finds that William M. Hawkins, III, aka Trip Hawkins and Lisa Warnes Hawkins, aka Lisa A. Hawkins have met all of the requirements of the Modified Second Amended Plan of Reorganization (June 11, 2007) as confirmed by this Court on July 13, 2007 (the "Plan"). The Court finds further that all of the requirements of 11 U.S.C. §1141 for the issuance of the discharge for an individual debtor have been met for both Mr. and Mrs. Hawkins. The Court therefore orders:

William M. Hawkins, III, aka Trip Hawkins and Lisa Warnes Hawkins, aka Lisa A. Hawkins are hereby discharged from any debts that arose before the date of the confirmation of the Plan to the extent provided by 11 U.S.C. section 1141(d).

**END OF ORDER**

# COURT SERVICE LIST

Office of the U.S. Trustee
Office of the U.S. Trustee
235 Pine Street Suite 700
San Francisco, CA 94104

Hochman, Salkin, Rettig, Toscher & Perez
Charles Rettig
9150 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212-3414

GMAC
Cadillac Escalade Funding
PO Box 12699
Glendale, AZ 85318

Groom & Cave, LLP
Michael P. Groom
1570 The Alameda, Ste. 100
San Jose, CA 95126-2335

Franchise Tax Board
c/o Office of the Attorney General
Attn: Julian O. Standen
455 Golden Gate Ave
San Francisco, CA 94102

Internal Revenue Service
Attn: James A. Whitten
55 S. Market St. Ste. 801
San Jose, CA 95113

F:\Clients\Hawkins, Trip\Pleading\Chapter 11\Request for Discharge-ORDER.doc

**ORDER FOR DISCHARGE PURSUANT TO 11 U.S.C. §1141(d)(1)**